

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00452-CV

**MGR, INC.** and Miracle Body and Paint, Incorporated d/b/a/ Miracle Body and Paint,
Appellants

v.

**GEICO CASUALTY COMPANY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18092
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On July 19, 2018, we ordered appellant to provide written proof that the clerk's fee has been paid. On July 23, 2018, appellant responded, showing payment was made on July 20, 2018. Accordingly, the clerk's record is due on or before August 19, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court